# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0369. WRIGHT et al. v. METRO AMBULANCE SERVICES, INC.**

On July 24, 2023, we granted plaintiffs' application for interlocutory appeal from the trial court's order partially granting defendant Metro Ambulance Services' motion in limine. Plaintiffs filed a timely notice of appeal, and the case was docketed in this Court on September 28, 2023.

Having reviewed the record and the applicable law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/09/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*